UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE MAURY,

                Plaintiff,

– against –

1709 REALTY L.L.C.
*and* Oaxaca Second Avenue LLC,

                Defendants.

**ORDER**

18 Civ. 5925 (ER)

RAMOS, D.J.:

      The case management conference scheduled for 11:00am on January 8, 2020 is hereby canceled. The parties are directed to submit a joint status report by Friday, January 10, 2020 informing the Court of whether they wish to extend discovery, set a schedule for dispositive motions, ask the Court's assistance in facilitating settlement, or set a date for trial.

It is SO ORDERED.

Dated:    January 3, 2020
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.